BROOKS BAUER LLP
1645 VILLAGE CENTER CIRCLE, SUITE 200, LAS VEGAS, NV 89134
TELEPHONE: (702) 851-1191 FAX: (702) 851-1198

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**FOR THE DISTRICT OF NEVADA**

10

| | |
|---|---|
| THOMAS A. SEAMAN, Federal Equity Receiver for Medical Provider Financial Corporation III, | Case No.    2:11-cv-00571-RLH-VCF |
| Plaintiff, | **ORDER GRANTING APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ROBERT J. AQUINO, M.D.** |
| v. | |
| ROBERT J. AQUINO, M.D., an individual; and DOES 1-100, | |
| Defendant. | |

This matter came before the Court on the Application for Default Judgment Against Defendant Robert J. Aquino, M.D. (the "Application") filed by Plaintiff Thomas A. Seaman, Federal Equity Receiver for Medical Provider Financial Corporation III.  [Dkt. No. 20.]  The Application was supported by the Declaration of Thomas A. Seaman in Support of Application for Default Judgment Against Defendant Robert J. Aquino, M.D. and the Declaration of Michael R. Brooks, Esq. in Support of Application for Default Judgment Against Defendant Robert J. Aquino, M.D. [Dkt. Nos. 21 and 22, respectively.]

The Court has considered the papers and pleadings on file herein and good cause existing therefore, the Court finds and orders as follows:

/ / /

1        THE COURT FINDS that the Default of Defendant Robert J. Aquino, M.D. was properly

2  entered by the Court Clerk.

3        THE COURT FIND that Defendant Robert J. Aquino, M.D. is not in the military service

4  of the United States and is not an infant or incompetent person.

5        THE COURT FINDS that Plaintiff does not seek judgment differing in kind from or

6  exceeding the amount demanded in the Complaint.

7        THE COURT FINDS that consideration of the factors enumerated in *Eitel v. McCool*,

8  782 F.2d 1470 (9th Cir. 1986), demonstrates that Plaintiff is entitled to default judgment.

9        IT IS HEREBY ORDERED that Plaintiff's Application for Default Judgment Against

10  Defendant Robert J. Aquino, M.D. is granted.

11        IT IS FURTHER ORDERED that Plaintiff is entitled to recover from Defendant Robert

12  J. Aquino, M.D. damages for breach of contract as follows:

13      1.     Unpaid principal balance in the amount of $16,444,835.65, plus interest accruing

14  at the legal rate from the date of entry of this Order;

15      2.     Accrued unpaid interest in the amount of $9,521,125.93, plus interest accruing at

16  the legal rate from the date of entry of this Order;

17      3.     Unpaid late fees in the amount of $205,401.89, plus interest accruing at the legal

18  rate from the date of entry of this Order;

19      4.     Attorney's fees in the amount of $_____17,835.50_____, plus interest

20  accruing at the legal rate from the date of entry of this Order; and

21      5.     Costs of suit in the amount of $752.42, plus interest accruing at the legal rate from

22  the date of entry of this Order.

23        IT IS FURTHER ORDERED that the Court Clerk shall enter judgment in favor of

24  Plaintiff Thomas A. Seaman, Federal Equity Receiver for Medical Provider Financial

25  Corporation III, and against Defendant Robert J. Aquino, M.D.

26  / / /

27  / / /

28  / / /

BROOKS BAUER LLP
1645 VILLAGE CENTER CIRCLE, SUITE 200, LAS VEGAS, NV 89134
TELEPHONE: (702) 851-1191 FAX: (702) 851-1198

1    IT IS SO ORDERED.

2    DATED this ___14th___ day of _____November_____, 2011.

3

4    _____
     ROGER L. HUNT

5    UNITED STATES DISTRICT JUDGE

6

7    Submitted By:

     BROOKS BAUER LLP
8

9    By:___/s/Regina A. Habermas, Esq._____
         Michael R. Brooks, Esq.
10       Nevada Bar No. 7287
         Regina A. Habermas, Esq.
11       Nevada Bar No. 8481
         1645 Village Center Circle, Suite 200
12       Las Vegas, NV 89134
         Ph (702) 851-1151
13       Fax (702) 851-1198
         Attorneys for Plaintiff
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BROOKS BAUER LLP
1645 VILLAGE CENTER CIRCLE, SUITE 200, LAS VEGAS, NV 89134
TELEPHONE: (702) 851-1191 FAX: (702) 851-1198