UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS A. SEAMAN, Federal Equity Receiver for Medical Provider Financial Corporation III,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. AQUINO, M.D., an individual; and DOES 1-100,<br><br>Defendant. | Case No.  2:11-cv-00571-RLH-VCF<br><br>ORDER GRANTING APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ROBERT J. AQUINO, M.D. |

This matter came before the Court on the Application for Default Judgment Against Defendant Robert J. Aquino, M.D. (the "Application") filed by Plaintiff Thomas A. Seaman, Federal Equity Receiver for Medical Provider Financial Corporation III. [Dkt. No. 20.] The Application was supported by the Declaration of Thomas A. Seaman in Support of Application for Default Judgment Against Defendant Robert J. Aquino, M.D. and the Declaration of Michael R. Brooks, Esq. in Support of Application for Default Judgment Against Defendant Robert J. Aquino, M.D. [Dkt. Nos. 21 and 22, respectively.]

The Court has considered the papers and pleadings on file herein and good cause existing therefore, the Court finds and orders as follows:

///

THE COURT FINDS that the Default of Defendant Robert J. Aquino, M.D. was properly entered by the Court Clerk.

THE COURT FIND that Defendant Robert J. Aquino, M.D. is not in the military service of the United States and is not an infant or incompetent person.

THE COURT FINDS that Plaintiff does not seek judgment differing in kind from or exceeding the amount demanded in the Complaint.

THE COURT FINDS that consideration of the factors enumerated in *Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986), demonstrates that Plaintiff is entitled to default judgment.

IT IS HEREBY ORDERED that Plaintiff's Application for Default Judgment Against Defendant Robert J. Aquino, M.D. is granted.

IT IS FURTHER ORDERED that Plaintiff is entitled to recover from Defendant Robert J. Aquino, M.D. damages for breach of contract as follows:

1. Unpaid principal balance in the amount of $16,444,835.65, plus interest accruing at the legal rate from the date of entry of this Order;

2. Accrued unpaid interest in the amount of $9,521,125.93, plus interest accruing at the legal rate from the date of entry of this Order;

3. Unpaid late fees in the amount of $205,401.89, plus interest accruing at the legal rate from the date of entry of this Order;

4. Attorney's fees in the amount of $ 17,835.50 , plus interest accruing at the legal rate from the date of entry of this Order; and

5. Costs of suit in the amount of $752.42, plus interest accruing at the legal rate from the date of entry of this Order.

IT IS FURTHER ORDERED that the Court Clerk shall enter judgment in favor of Plaintiff Thomas A. Seaman, Federal Equity Receiver for Medical Provider Financial Corporation III, and against Defendant Robert J. Aquino, M.D.

///

///

///

IT IS SO ORDERED.

DATED this 14th day of November, 2011.

_____
ROGER L. HUNT
UNITED STATES DISTRICT JUDGE

Submitted By:

BROOKS BAUER LLP

By: /s/Regina A. Habermas, Esq.
Michael R. Brooks, Esq.
Nevada Bar No. 7287
Regina A. Habermas, Esq.
Nevada Bar No. 8481
1645 Village Center Circle, Suite 200
Las Vegas, NV 89134
Ph (702) 851-1151
Fax (702) 851-1198
Attorneys for Plaintiff