✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                              Nevada

|  |  |
|---|---|
| Thomas Seaman | **DEFAULT** |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| Robert Aquino MD | Case Number:  2:11-CV-0571 RLH-VCF |
| Defendant. | |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that plaintiff's motion for default judgment is GRANTED.  Plaintiff is entitled to recover from Defendant Robert J. Aquino MD damages for breach of contract as follows:
1. Unpaid principal balance in the amount of $16,444,835.65, plus interest accruing at the legal rate from the date of entry of the Order;
2. Accrued unpaid interest in the amount of $9,521,125.93, plus interest accruing at the legal rate from the date of entry of Order;
3. Unpaid late fees in the amount of $205,401.89, plus interest accruing at the legal rate from the date of entry of the Order;
4. Attorney's fees in the amount of $17,835.50, plus interest accruing at the legal rate from the date of entry of the Order;
5. Costs of suit in the amount of $752.42, plus interest accruing at the legal rate from the date of entry of the Order.

| | |
|---|---|
| November 14, 2011 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Eileen Sterba |
| | (By) Deputy Clerk |